# Court of Appeals
# of the State of Georgia

ATLANTA,   November 28, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0543.  G&D CONSTRUCTION GROUP, INC. et al. v. AUTO-OWNERS INSURANCE COMPANY.**

In July 2016, we transferred Case No. A16A1947 to the Supreme Court because the appellants had designated that Court in their notice of appeal.  The Supreme Court then transferred the case back to us on the ground that no basis for its jurisdiction appeared in the record.  Upon return of the case to this Court, it was inadvertently docketed as a new appeal under Case No. A17A0543.  After that error was discovered, Case No. A16A1947 was reinstated by order dated November 3, 2016.  Accordingly, Case No. A17A0543 is hereby DISMISSED as superfluous.  The parties are DIRECTED to submit all future filings in this appeal under Case No. A16A1947.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*   11/28/2016
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*